**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6733**

_____

In re: AARON MCKINNEY, SR.,

Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-98-557-1)

_____

Submitted:  June 27, 2000          Decided:  July 12, 2000

_____

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Aaron McKinney, Sr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aaron McKinney, Sr., filed a petition for a writ of mandamus alleging undue delay in the district court in resolving an issue we remanded to the district court. The district court has since answered the question. See McKinney v. Attorney Gen. of N.C., No. CA-98-557-1 (M.D.N.C. June 5, 2000). Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2